IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:14-cv-174-FL

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to RBC Bank (USA)<br><br>Plaintiff,<br><br>v.<br><br>PRECISION HEALTH CARE SERVICES, INC., ACT MEDICAL GROUP, P.A. and BARRY A. MOORE,<br><br>Defendants. | **ENTRY OF DEFAULT AGAINST DEFENDANTS PRECISION HEALTH CARE SERVICES, INC. and BARRY A. MOORE** |

THIS CAUSE coming on to be heard and being heard before the undersigned, upon Plaintiff's Motion for Entry of Default Against Defendants Precision Health Care Services, Inc. and Barry A. Moore; and

IT APPEARING TO THE COURT that Defendants Precision Health Care Services, Inc. and Barry A. Moore are in default for failure to file an answer or other responsive pleading to the Complaint as required by law;

NOW, THEREFORE, default is hereby entered against Defendants Precision Health Care Services, Inc. and Barry A. Moore pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 22nd day of December, 2014.

_Julia A. Richards_
JULIE A. RICHARDS, CLERK