IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:14-cv-174

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to RBC Bank (USA) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | **ENTRY OF DEFAULT AGAINST DEFENDANT ACT MEDICAL GROUP, P.A.** |
| PRECISION HEALTH CARE SERVICES, INC., ACT MEDICAL GROUP, P.A. and BARRY A. MOORE, ) ) ) ) ) | |
| Defendants. ) ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, upon Plaintiff's Motion for Entry of Default Against Defendant Act Medical Group, P.A.; and

IT APPEARING TO THE COURT that Defendant Act Medical Group, P.A. is in default for failure to file an answer or other responsive pleading to the Complaint as required by law;

NOW, THEREFORE, default is hereby entered against Defendant Act Medical Group, P.A. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 11th day of February, 2015.

_Julie Richards Johnston_