IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:14-cv-174

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to RBC Bank (USA)<br><br>Plaintiff,<br><br>v.<br><br>PRECISION HEALTH CARE SERVICES, INC., ACT MEDICAL GROUP, P.A. and BARRY A. MOORE,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BARRY A. MOORE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PNC Bank, National Association, successor to RBC Bank (USA), hereby takes a Voluntary Dismissal Without Prejudice of the claims against Defendant Barry A. Moore. Each party shall bear its own attorneys' fees and costs.

This the 15th day of April, 2015.

　　　　　　　　　　　　　　　　　　　/s/ J. Caleb Thomas
　　　　　　　　　　　　　　　　　　J. Caleb Thomas
　　　　　　　　　　　　　　　　　　N.C. State Bar No. 37093
　　　　　　　　　　　　　　　　　　Parker Poe Adams & Bernstein LLP
　　　　　　　　　　　　　　　　　　301 Fayetteville Street, Suite 1400 (27601)
　　　　　　　　　　　　　　　　　　P. O. Box 389
　　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27602
　　　　　　　　　　　　　　　　　　Tel: (919) 828-0564
　　　　　　　　　　　　　　　　　　Fax: (919) 834-4564
　　　　　　　　　　　　　　　　　　calebthomas@parkerpoe.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff PNC Bank, National Association*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BARRY A. MOORE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Precision Health Care Services, Inc.
c/o Barry Moore, Registered Agent
311-4A Judges Road
Wilmington, North Carolina 28405

Barry A. Moore
336 Olde Point Road
Hampstead, North Carolina 28443

Act Medical Group
c/o Erin Moore, Registered Agent
311-4 E Judges Road
Wilmington, North Carolina 28405

This the 15th day of April, 2015.

 /s/ J. Caleb Thomas
J. Caleb Thomas
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400 (27601)
P. O. Box 389
Raleigh, North Carolina 27602